Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California 95353
Telephone (209) 521-8100
Facsimile (209) 524-8461
E-mail carl@cwcollinslaw.com

Attorney for Trustee
Stephen C. Ferlmann

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

In re:

VIRGILIO D. MARIANO and
JOSEPHINE C. MARIANO,

537 S. Tradition St.
Tracy, CA 95391

S.S.    xxx-xx-9715
        xxx-xx-1259

Debtors.

Case No. 09-24256

DC No. CWC-2

Chapter 7 case

Date: September 21, 2010
Time: 9:30 a.m.
Place: Courtroom 35

## MOTION FOR AUTHORIZATION TO SELL

## REAL PROPERTY OF THE ESTATE TO THE DEBTORS

To: The Honorable Christopher M. Klein, U.S. Bankruptcy Judge:

    Stephen C. Ferlmann, the duly qualified and acting trustee in this case, pursuant to 11 U.S.C. § 363(b) and Federal Rule of Bankruptcy Procedure 6004, respectfully moves the Court for authorization to sell certain real property to the Debtors in exchange for a payment of $27,000.00, and respectfully represents:

    1.  This Court has jurisdiction of this matter under 28 U.S.C. Sections 1334 and 157(a).

1

2. On March 13, 2009, the Debtors filed a petition under Chapter 7 of the Bankruptcy Code, in the above-entitled Court. Stephen C. Ferlmann has been appointed Trustee in the case.

3. Among the assets which constitute property of the estate is the Debtors' interest in the real property located at 81 Cerise Lane, Rainbow Hills Subdivision, Baguio City, Philippines ("Property").

4. At the meeting of creditors held on April 21, 2009, the Debtors disclosed to the Trustee an interest in the Property. The Property was not previously disclosed in the Debtors' bankruptcy schedules.

5. The Debtors have not asserted any exemptions for the property under applicable state or federal law.

6. The Trustee believes that the Property has a potential fair market value of $60,000.00. However, the difficulties and expenses in marketing and selling foreign real property are considerable and the tax consequences of selling the Property are at present undetermined. The most logical buyer for the Property would be the Debtors.

7. The Debtors wish to retain the Property and desire to purchase the Property from the bankruptcy estate.

8. The Trustee has entered into an agreement with the Debtors for the sale of the Property for $27,000.00 in cash upon the terms and conditions described in an Equity Sale Agreement ("Agreement") which is annexed to the List of Exhibits filed concurrently herewith.

9. Under the terms of the Agreement and subject to this Court's approval, the Debtors' will pay the Trustee the total

cash sum of $27,000.00 ("Purchase Amount") in installments of $1,500.00 per month commencing October 1, 2010, and continuing on the first day of each month thereafter until the Purchase Amount is paid in full.

10. During consummation of this sale, the Property will be non-exempt and remain being property of the bankruptcy estate. Upon payment of the Purchase Amount, the Debtors' ownership of the property shall revest and the property shall cease being property of the bankruptcy estate.

11. The Debtors shall indemnify and hold harmless the bankruptcy estate from any and all tax liabilities, foreign or domestic, which may arise from the transaction.

12. During the consummation of the Agreement, the Debtors shall provide adequate property insurance coverage on the Property with the Trustee listed as the loss payee on such policy. The Debtors shall provide proof of such insurance coverage to the Trustee.

13. The Trustee believes that said sale represents the highest possible price for the subject property and that the proposed sale is in the best interests of the estate.

WHEREFORE, the Trustee, Stephen C. Ferlmann, prays for an Order of this Court:

1. authorizing the Trustee to enter into the sale of the real property located at 81 Cerise Lane, Rainbow Hills Subdivision, Baguio City, Philippines to the Debtors for $27,000.00 upon the above-described terms and conditions;

2. authorizing the execution and delivery by the Trustee of any and all documents which may be necessary or convenient to conclude the transaction; and

1  3. granting such other and further relief as the court
2  deems proper.
3  Dated: 8-12-10                    Respectfully Submitted,
4                                    Law Office of Carl W. Collins
5                                    _____
                                     Carl W. Collins
6                                    Attorney for Trustee